**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

JOHN WESLEY POTEAT,                                :
                                                   :     Civ. No. 16-2351 (RBK)
                              Petitioner,          :
                                                   :
              v.                                   :     **MEMORANDUM AND ORDER**
                                                   :
ATTORNEY GENERAL OF THE STATE OF                   :
NEW JERSEY, et al.,                                :
                                                   :
                              Respondents.         :
_____           :

     Petitioner is a state prisoner currently incarcerated at the New Jersey State Prison in

Trenton, New Jersey. He is proceeding _pro_ se with a petition for writ of habeas corpus pursuant

to 28 U.S.C. § 2254. The petition did not include an application to proceed _in forma pauperis_ nor

did it include a prepaid $5.00 filing fee. Thus, this case will be administratively closed. Petitioner

shall be given an opportunity to reopen this action should he so choose.

     Accordingly, IT IS this  28th  day of April, 2016,

     ORDERED that the Clerk shall administratively terminate this case for petitioner's

failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed

_in forma pauperis_; and it is further

     ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within

thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include

either:  (1) a complete _in forma pauperis_ application, including a certified statement of

petitioner's institutional account as required by Local Civil Rule 81.2(b); or (2) the $5.00 filing

fee; and it is further

ORDERED that the Clerk shall serve a copy of this Order and a blank form application to proceed *in forma pauperis* by a prisoner in a habeas corpus case on petitioner by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge