UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN WESLEY POTEAT, | : | |
| | : | |
| Petitioner, | : | Civ. No. 16-2351 (RBK) |
| | : | |
| v. | : | |
| | : | |
| ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, et al., | : | **MEMORANDUM AND ORDER** |
| | : | |
| Respondents. | : | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 1, 2017, this Court dismissed the habeas petition as untimely. (*See* Dkt. Nos. 11 & 12) Petitioner has appealed this Court's decision to the United States Court of Appeals for the Third Circuit. (*See* Dkt. No. 13) Presently pending before this Court is petitioner's application to proceed on appeal *in forma pauperis*. (*See* Dkt. No. 15)

The Third Circuit's local rules require that:

> Prisoners seeking to proceed on appeal in forma pauperis must file an affidavit of poverty in the form prescribed by the Federal Rules of Appellate Procedure accompanied by a certified statement of the prison account statement(s) (or institutional equivalent) for the 6 month period preceding the filing of the notice of appeal[.]

3d Cir. L. App. R. 24.1(c). In this case, petitioner's application to proceed *in forma pauperis* lacks the required certified prison account statement. Therefore, his application to proceed *in forma pauperis* on appeal will be denied without prejudice.

Accordingly, IT IS this   <u>6th</u>   day of March, 2017,

ORDERED that petitioner's application to proceed *in forma pauperis* on appeal (Dkt. No. 15) is denied without prejudice; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
